■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRIN ALLEN, Appellant. [54 NYS3d 595]—Appeal by the defendant from an order of the Supreme Court, Richmond County (Mattei, J.), dated October 22, 2015, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court providently exercised its discretion in granting the People's request for an upward departure from the presumptive risk level two designation, to risk level three. The People demonstrated, by clear and convincing evidence, the existence of an aggravating factor that was not adequately taken into account

by the Sex Offender Registration Act guidelines (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 4 [2006]; *People v Gillotti*, 23 NY3d 841, 861 [2014]). The proof presented at the hearing established, inter alia, that the defendant was convicted in Virginia of failing to register as a sex offender, which justified the court's determination to grant the People's request for an upward departure (*see People v Boyd*, 121 AD3d 658, 658-659 [2014]; *People v Faver*, 113 AD3d 662, 663 [2014]; *People v Porter*, 74 AD3d 767, 767-768 [2010]; *People v Turpeau*, 68 AD3d 1083 [2009]; *People v Walker*, 67 AD3d 760, 761 [2009]).

The defendant's remaining contention is without merit.

Accordingly, the Supreme Court properly designated the defendant a level three sex offender. Mastro, J.P., Rivera, Roman and Sgroi, JJ., concur.